UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:  18-58591-LRC

DEBTOR:  PENDARVIS WILLIAMS

At the hearing on Confirmation held on September 11, 2018, Trustee requested that the hearing be reset to October 2, 2018. However, Trustee also announced an agreement that if Debtor failed to provide proof of at least three (3) post-petition mortgage payment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtor has failed to provide proof of at least three (3) post-petition mortgage payment(s).

Please enter an Order of Dismissal.

Dated:  This the _28_ day of September, 2018.

_____
William A. Bozarth
GA Bar No. 940530
Staff Attorney for Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| PENDARVIS WILLIAMS | ) | |
| | ) | CASE NO.: 18-58591-LRC |
| | ) | |
| DEBTOR. | ) | |

18-58591-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

PENDARVIS WILLIAMS
1213 OLD GREYSTONE DRIVE
LITHONIA, GA  30038

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

September 28, 2018

/s/ _William A. Bozarth_
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450